

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Eastern District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FAIRWAY COMMONS II, LLC, a California limited liablity co. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-2928134 | Last four digits of Soc. Sec. or Indvidual Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, Cty, and State):<br>3001 Lava Ridge Ct, Ste 300<br>Roseville, CA<br>ZIP CODE 95661 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Placer | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                     Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion |

11-35255-C-11
DEBTOR: FAIRWAY COMMONS II, LLC
DEBTOR's ATTY: P. WARNER
JUDGE: HON. C. KLEIN
CHAPTER: 11    COUNTY: PLACER
FILED 6/20/11
Rec'd Counter: 06/20/11-10:36AM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
fdis
2011-35255
551

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FAIRWAY COMMONS II, LLC, a California limited liablity |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: SEE ATTACHED | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FAIRWAY COMMONS II, LLC, a California limited liablity |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>X *(signed)*<br>Signature of Attorney for Debtor(s)<br>**Paul Warner**<br>Printed Name of Attorney for Debtor(s)<br>**Paul Warner, Esq**<br>Firm Name<br>    **3001 Lava Ridge Ct, Suite 300**<br>Address **Roseville, Ca 95661**<br><br>**916-746-0645**<br>Telephone Number<br>**6/20/11**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *(signed)*<br>Signature of Authorized Individual<br>**Abolghassem Alizadeh**<br>Printed Name of Authorized Individual<br>**Member of Authorized Agent**<br>Title of Authorized Individual<br>**6/20/11**<br>Date | |

The following entities are being listed out of the abundance of caution as potentially affiliated based on common ownership. However, these entities are no longer affiliated by common control of business and are not believed to be technically affiliated:

| Entity | Taxpayer ID NO. |
|---|---|
| KOBRA PETROLEUM I, LLC, a California limited liability company<br>Case No. 11-23348 filed February 10, 2011 Eastern District of California;<br>Honorable Christopher M. Klein | 68-0455368 |
| KOBRA PROPERTIES, a California General Partnership<br>Case No. 2008-37271-C-11 filed November 25, 2008 Eastern District of California;<br>Honorable Christopher M. Klein | 33-0358425 |
| VERNON STREET ASSOCIATES, LLC, a California limited liability company<br>Case No. 2008-37273-C-11 filed November 25, 2008 Eastern District of California;<br>Honorable Christopher M. Klein | 20-2666528 |
| KOBRA PRESERVE, LLC, a California limited liability company<br>Case No. 2008-37272-C-11 filed November 25, 2008 Eastern District of California;<br>Honorable Christopher M. Klein | 20-3161918 |
| ROCKY RIDGE CENTER, LLC, a California limited liability company<br>Case No. 2008-38105-C-11 filed December 9, 2008 Eastern District of California;<br>Honorable Christopher M. Klein | 26-1431897 |
| DOUGLAS POINTE, LLC, a California limited liability company<br>Case No. 2009-32854-C-11 filed June 23, 2009 Eastern District of California;<br>Honorable Christopher M. Klein | 20-1476548 |
| SIERRA VALLEY ASSOCIATES, INC., a California corporation<br>Case No. 2009-40212 filed September 18, 2009 Eastern District of California<br>Honorable Christopher M. Klein | 20-5417336 |
| CENTRAL VALLEY FOOD SERVICES, INC., a California corporation<br>Case No. 2009-40214 filed September 18, 2009 Eastern District of California<br>Honorable Christopher M. Klein | 68-0154873 |
| KOBRA ASSOCIATES, INC., a California corporation<br>Case No. 2009-40068 filed September 18, 2009 Eastern District of California<br>Honorable Christopher M. Klein | 68-0097022 |
| FOOD SERVICE MANAGEMENT, INC., a California corporation<br>Case No. 2009-40066 filed September 18, 2009 Eastern District of California<br>Honorable Christopher M. Klein | 68-0154870 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| **FAIRWAY COMMONS II, LLC, a California limited liability company, et al.,**[1] | Chapter 11 |
| Debtor. | |

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

On June 20, 2011, the following entities filed a voluntary petition in this Court for relief under Chapter 11 of the United States Bankruptcy Code: Fairway Commons II, LLC, a California limited liability company, ( the "Debtor").

The following List has been prepared on a consolidated basis from the books and records of the Debtors and was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information set forth in the foregoing List shall not constitute an admission by, nor is it binding on, the Debtors. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, and/or the amount of any such claim.

---

[1] The Debtor is the following entity: Fairway Commons II, LLC, a California limited liability company (Tax ID No. 20-2928134)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| UBM<br>8211 Sierra College Blvd #420<br>Roseville, CA 95661 | Josh (916)412-0004<br>8211 Sierra College Blvd #420<br>Roseville, CA 95661 | Unsecured- Service | Disputed | $1,000.00 |
| SBM<br>5219 Arnold Ave<br>McClellan, CA 95652 | Dan Morino (91)-825-5119<br>5219 Arnold Ave<br>McClellan, CA 95652 | Unsecured- Service | Disputed | $1,000.00 |
| City Wide Maintenance<br>PO Box 580874<br>Elk Grove, Ca 95758-0015 | Albert Rodriguez (916)714-5920<br>PO Box 580874<br>Elk Grove, Ca 95758-0015 | Unsecured- Service | Disputed | $1,500.00 |
| Waterworks<br>4120 Douglas Blvd #306-353<br>Granite Bay, Ca 95746 | Kevin Towle (916)366-6500<br>4120 Douglas Blvd #306-353<br>Granite Bay, Ca 95746 | Unsecured- Service | Disputed | $2,000.00 |
| IMS<br>125 Main Ave<br>Sacramento, Ca 95838 | Margie Wilson (916)568-1400<br>125 Main Ave<br>Sacramento, Ca 95838 | Unsecured- Service | Disputed | $2,000.00 |
| Evolution Air<br>1498 Nichols Drive<br>Rocklin, CA 95765 | Vicki Garafalo (916)408-6600<br>1498 Nichols Drive<br>Rocklin, CA 95765 | Unsecured- Service | Disputed | $2,500.00 |
| Tri-Asian Enterprise<br>1043 Nichols Rd Ste 100<br>Rocklin, Ca 95765 | Robert Makimito (916)774-1195<br>1043 Nichols Rd Ste 100<br>Rocklin, Ca 95765 | Unsecured- Service | Disputed | $3,000.00 |
| Century Lighting<br>PO Box 6793<br>Auburn Ca 95604 | Kerry Morgan (530)823-1004<br>PO Box 6793<br>Auburn Ca 95604 | Unsecured- Service | Disputed | $1,700.00 |
| Sacramento Valley Lockworks<br>10 Main Ave #2<br>Sacramento, CA 95838 | Shane Huff (916)569-1640<br>10 Main Ave #2<br>Sacramento, CA 95838 | Unsecured- Service | Disputed | $800.00 |
| Neighborly Pest Management<br>324 Riverside Ave<br>Roseville, Ca 95678 | Kristy Snyder (916)782-3767<br>324 Riverside Ave<br>Roseville, Ca 95678 | Unsecured- Service | Disputed | $700.00 |
| ABM Security<br>830 Riverside Parkway<br>Sacramento, Ca 95605 | Steve Cader (916)614-9571<br>830 Riverside Parkway<br>Sacramento, Ca 95605 | Unsecured- Service | Disputed | $2,500.00 |
| Grubb & Ellis<br>1610 Arden Way #195<br>Sacramento, Ca 95815 | Property Manager (916)418-6000<br>1610 Arden Way #195<br>Sacramento, Ca 95815 | Unsecured- Service | Disputed | $8,000.00 |
| Great Northwest Restaurants I<br>3001 Lava Ridge Ct, Ste 300<br>Roseville, CA 95661 | Mike Alizadeh (916)257-5000<br>3001 Lava Ridge Ct, Ste 300<br>Roseville, CA 95661 | Unsecured- Unpaid Tenant Improvement Reimbursement | Disputed | $1,000,000.00 |
| J. E. Robert Company, Inc. in its capacity as Special Services for Wells Fargo Bank, N.A. as Trustee for the Registered Holders of Morgan Stanley Capital I, Inc. Securities Trust 2006-HQ8 Commercial Mortgage Pass-Through Certificates, Series 2006-HQ8<br>14755 Preston Rd #520<br>Dallas, TX 75254 | Cheryl Eskridge (972)764-1414<br>14755 Preston Rd #520<br>Dallas, TX 75254 | Secured Claim | Disputed | $46,100,000.00 |
| Rubicon Mezzanine Loan Fund I, LLC Agent Wells Fargo<br>805 Third Ave<br>New York, NY 10022 | Wells Fargo (800)986-9711<br>805 Third Ave<br>New York, NY 10022 | Secured Claim | Disputed | $3,964,792.31 |
| Mechanics Bank/ Jeffer Mangels Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Joseph Demko (415)398-8080<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Secured Claim | Disputed | $15,000,000.00 |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Abolghassem Alizadeh, an authorized agent of the limited liability company** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: June 20, 2011

FAIRWAY COMMONS II, LLC, a
California limited liability company

By _____
Abolghassem Alizadeh,
Member

# FAIRWAY COMMONS II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
## ACTION BY UNANIMOUS WRITTEN CONSENT OF ALL MEMBERS

### June 20, 2011

The undersigned, being all of the Members of the above-named Limited Liability Company, individually and collectively certify that the Operating Agreement of the Company authorized the Members to act by majority consent without a meeting. Pursuant to the applicable sections of the California Limited Liability Act and the applicable sections of the Operating Agreement of the Company, the undersigned hereby consent to the adoption of the following resolutions and to transact the following business of the Company without a meeting as of the date shown above.

WHEREAS, it is in the best interest of this Company to file a Voluntary Petition in the United States Bankruptcy Court pursuant to Chapter 11 of the Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that the Members, and any other person so authorized by the Company, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary Bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Members of the Company, and any other person so authorized by the Company, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that the Members of the Company, and any other person so authorized by the Company, are authorized and directed to employ the law firm of Shulman Hodges & Bastian LLP to represent the Company in such bankruptcy case.

**SAID RESOLUTION** is still in full force and effect.

FAIRWAY COMMONS II, LLC, a
California limited liability company

By _____
Abolghassem Alizadeh,
Member

By _____
Kobra Alizadeh,
Member

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )
)
FAIRWAY COMMONS II, LLC, a )
California limited liability company, et ) Case No.
al. )
)
)
_____ Debtor(s). _____)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]  on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ]  typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

### OR

[ x ]  electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___16___ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: __June 20, 2011__        _____
                                    Debtor's Signature

DATED: __June 20, 2011__        _____
                                    Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| UBM<br>8211 Sierra College Blvd #420<br>Roseville, CA 95661 | Josh (916)412-0004<br>8211 Sierra College Blvd #420<br>Roseville, CA 95661 | Unsecured- Service | Disputed | $1,000.00 |
| SBM<br>5219 Arnold Ave<br>McClellan, CA 95652 | Dan Morino (91)-825-5119<br>5219 Arnold Ave<br>McClellan, CA 95652 | Unsecured- Service | Disputed | $1,000.00 |
| City Wide Maintenance<br>PO Box 580874<br>Elk Grove, Ca 95758-0015 | Albert Rodriguez (916)714-5920<br>PO Box 580874<br>Elk Grove, Ca 95758-0015 | Unsecured- Service | Disputed | $1,500.00 |
| Waterworks<br>4120 Douglas Blvd #306-353<br>Granite Bay, Ca 95746 | Kevin Towle (916)366-6500<br>4120 Douglas Blvd #306-353<br>Granite Bay, Ca 95746 | Unsecured- Service | Disputed | $2,000.00 |
| IMS<br>125 Main Ave<br>Sacramento, Ca 95838 | Margie Wilson (916)568-1400<br>125 Main Ave<br>Sacramento, Ca 95838 | Unsecured- Service | Disputed | $2,000.00 |
| Evolution Air<br>1498 Nichols Drive<br>Rocklin, CA 95765 | Vicki Garafalo (916)408-6600<br>1498 Nichols Drive<br>Rocklin, CA 95765 | Unsecured- Service | Disputed | $2,500.00 |
| Tri-Asian Enterprise<br>1043 Nichols Rd Ste 100<br>Rocklin, Ca 95765 | Robert Makimito (916)774-1195<br>1043 Nichols Rd Ste 100<br>Rocklin, Ca 95765 | Unsecured- Service | Disputed | $3,000.00 |
| Century Lighting<br>PO Box 6793<br>Auburn Ca 95604 | Kerry Morgan (530)823-1004<br>PO Box 6793<br>Auburn Ca 95604 | Unsecured- Service | Disputed | $1,700.00 |
| Sacramento Valley Lockworks<br>10 Main Ave #2<br>Sacramento, CA 95838 | Shane Huff (916)569-1640<br>10 Main Ave #2<br>Sacramento, CA 95838 | Unsecured- Service | Disputed | $800.00 |
| Neighborly Pest Management<br>324 Riverside Ave<br>Roseville, Ca 95678 | Kristy Snyder (916)782-3767<br>324 Riverside Ave<br>Roseville, Ca 95678 | Unsecured- Service | Disputed | $700.00 |
| ABM Security<br>830 Riverside Parkway<br>Sacramento, Ca 95605 | Steve Cader (916)614-9571<br>830 Riverside Parkway<br>Sacramento, Ca 95605 | Unsecured- Service | Disputed | $2,500.00 |
| Grubb & Ellis<br>1610 Arden Way #195<br>Sacramento, Ca 95815 | Property Manager (916)418-6000<br>1610 Arden Way #195<br>Sacramento, Ca 95815 | Unsecured- Service | Disputed | $8,000.00 |
| Great Northwest Restaurants I<br>3001 Lava Ridge Ct, Ste 300<br>Roseville, CA 95661 | Mike Alizadeh (916)257-5000<br>3001 Lava Ridge Ct, Ste 300<br>Roseville, CA 95661 | Unsecured- Unpaid Tenant Improvement Reimbursement | Disputed | $1,000,000.00 |
| J. E. Robert Company, Inc. in its capacity as Special Services for Wells Fargo Bank, N.A. as Trustee for the Registered Holders of Morgan Stanley Capital I, Inc. Securities Trust 2006-HQ8 Commercial Mortgage Pass-Through Certificates, Series 2006-HQ8<br>14755 Preston Rd #520<br>Dallas, TX 75254 | Cheryl Eskridge (972)764-1414<br>14755 Preston Rd #520<br>Dallas, TX 75254 | Secured Claim | Disputed | $46,100,000.00 |
| Rubicon Mezzanine Loan Fund I, LLC Agent Wells Fargo<br>805 Third Ave<br>New York, NY 10022 | Wells Fargo (800)986-9711<br>805 Third Ave<br>New York, NY 10022 | Secured Claim | Disputed | $3,964,792.31 |
| Mechanics Bank/ Jeffer Mangels Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Joseph Demko (415)398-8080<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Secured Claim | Disputed | $15,000,000.00 |