FILED
June 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003590220

**BRYAN CAVE LLP**
H. Mark Mersel, California Bar No. 130382
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail: mark.mersel@bryancave.com

Attorneys for ROSEVILLE PORTFOLIO MSCI 2006-HQ8 LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re:

FAIRWAY COMMONS II, LLC,

Debtor.

Case No. 11-35255

Chapter 11

Assigned to Hon. Christopher M. Klein

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)**

Date: June 28, 2011
Time: 11:00 a.m.
Place: Courtroom No. 35, 6th Floor
501 I Street
Sacramento, CA

IR01DOCS\494914.1

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

1. Roseville Portfolio MSCI 2006-HQ8 LLC ("Roseville"), by and through counsel undersigned, hereby moves this Court for an order: (i) granting Roseville relief from the automatic stay pursuant to section 362(d) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001 to permit the issuance and recordation of a trustee's deed upon sale to fully perfect Roseville's ownership interests in certain property previously owned by Fairway Commons II, LLC, the above-captioned debtor and debtor-in-possession, and to permit Roseville to take any other action that may be necessary to perfect its title to such property pursuant to California Civil Code Section 2924h(c); and (ii) waiving the 14-day waiting period under Federal Rule of Bankruptcy Procedure 4001(a)(3) to allow the issuance and recordation of the trustee's deed on or before July 5, 2011.

This Motion is more fully supported by (i) the concurrently filed Memorandum of Points and Authorities and the exhibits attached thereto, (ii) the concurrently filed Declaration of Norm A. Chernin, (iii) the concurrently filed Declaration of Dan Dawson, (iv) the concurrently filed Declaration of Cheryl T. Eskridge, (v) the papers and records in this case, and (vi) any evidence and argument presented at the hearing on this Motion.

Dated: June 24, 2011

**BRYAN CAVE LLP**
H. Mark Mersel

By: /s/ H. Mark Mersel
H. Mark Mersel
Attorneys for Roseville Portfolio MSCI 2006-HQ8 LLC

IR01DOCS\494914.1

1