FILED
June 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003590292

**BRYAN CAVE LLP**
H. Mark Mersel, CSB No. 130382
   mark.mersel@bryancave.com
Sheri Kanesaka, CSB No. 240053
   sheri.kanesaka@bryancave.com
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100

Attorneys for ROSEVILLE PORTFOLIO MSCI 2006-HQ8 LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>FAIRWAY COMMONS II, LLC,<br><br>      Debtor and Debtor-in-possession. | Case No.: 11-35255-C-11<br><br>DCN: HMM-001<br><br>Chapter 11<br><br>**DECLARATION OF NORMAN A. CHERNIN IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM STAY TO ISSUE AND RECORD TRUSTEE'S DEED UPON SALE**<br><br>Date: June 28, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom No. 35, 6th Floor<br><br>Hon. Christopher M. Klein |

I, Norman A. Chernin, declare as follows:

1.    I am Vice President and Special Title Counsel for First American Title Insurance Company ("First American"). The facts contained herein are true based upon my personal knowledge, and if called as a witness in this case, I could and would testify competently to the truth thereof.

2. I have access to the books and records of First American pertaining to the foreclosure of the subject loan pursuant to which the debtor, Fairway Commons II, LLC (the "Debtor") is the borrower, and I am familiar with the transactions reflected thereby. I make this Declaration, in part, based upon the information contained in the business records of First American. The records and other documents in the files of First American constitute writings made in the regular and ordinary course of business, at or near the time of the event, or act, of which they are a record.

3. First American is serving as trustee under the first priority amended and restated deed of trust dated as of February 15, 2006 ("Deed of Trust"), which secures the loan to the Debtor in the principal amount of $46,100,000.00 and encumbers the real property located at 10250 Fairway Drive, Roseville, California (the "Property"). The beneficiary of the Deed of Trust is Roseville Portfolio MSCI 2006-HQ8 LLC, by assignment (the "Roseville").

4. First American contracted with Priority Posting and Publishing ("PPP") to conduct the foreclosure sale of the Property, which was noticed for 10:00 am on June 20, 2011.

5. First American was notified by email from PPP, a true and correct copy of which is attached hereto as Exhibit "A," that the foreclosure sale of the Property was completed at 10:14 a.m. am on June 20, 2011, and the Lender was the successful bidder.

6. Attached hereto as Exhibit "B" is the Certificate of Sale for the Property which was received by First American on June 20, 2011.

7. I am informed and believe that this bankruptcy case was filed after the completion of the foreclosure sale of the Property.

8. The Lender has requested that First American issue and record the trustee's deed upon sale for the Property (the "Trustee's Deed"). First American requests that the Court issue an order for relief from stay permitting First American to issue and record the Trustee's Deed.

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration was executed this 24th day of June, 2011, at Los Angeles, California.

*[signature]*
NORMAN A. CHERNIN

**EXHIBIT A**

**From:** Terri Elliott Sales Dept [terri@priorityposting.com]
**Sent:** Monday, June 20, 2011 10:18 AM
**To:** Bowditch, Arlene; Heath, Charlene; Erickson, Diane; Boyd, Kristina
**Subject:** Sale Results for TS# 10-25667

First American Title Ins. - Santa Ana
Re: Sale Results
Priority No.: 820617

Attn: Foreclosure Department
Your T.S. number 10-25667 reverted back to the beneficiary on 06/20/2011
in the county of Placer at 10:00AM

Sale Conducted at: 10:14AM

for the amount of $ 5,500,000.00.

Should you have any questions, please feel free to contact our Sales Department at (800)570-3500

The information contained in this e-mail message is intended for the confidential use of the designated recipients. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited. Please notify Priority Posting & Publishing ("Company") immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. You are further advised that this e-mail and any response thereto is the property of the Company and can be accessed and reviewed by the company at any time. Thank You.

**EXHIBIT B**

3



PRIORITY POSTING AND PUBLISHING
17501 Irvine Blvd., Suite 1
Tustin, CA 92780
(714)573-7777 FAX (714)573-9547

TS Number:  10-25667
Priority Number: 820617

### CERTIFICATE OF SALE

On 06/20/2011 at 10:00AM, the undersigned appeared at the location described in the Notice of Trustee Sale and conducted a Trustee's Sale as agent for First American Title Ins. - Santa Ana

At said sale, the property described in the Notice of Trustee Sale was sold to: Beneficiary for the sum of $5,500,000.00.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

By: _____
   (Dan Dawson)

Dated this 20th day of June, 2011

CUSTOMER   First American Title Ins. - Santa Ana
ADDRESS    3 First American Way
           NDTS Division - Building 3
           Santa Ana, CA 92707